UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) ) ) ) ) ) ) | Case No. 3:23-md-03071<br>MDL No. 3071<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES |

## OMNIBUS ORDER

This Omnibus Order resolves several motions to dismiss. (Doc. Nos. 570, 572, 576, 580, 581, 587, 590, and 592).

For the reasons in the Memorandum Opinion, (Doc. No. 685) Thoma Bravo Defendants' Motions to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. No. 570) and the Student Plaintiffs' First Amended Consolidated Class Action Complaint (Doc. No. 572) are **DENIED.**

For the reasons in the Memorandum Opinion, (Doc. No. 686) TREV Management II LLC's Motion to Dismiss Student-Housing Plaintiffs' First Amended Consolidated Class Action Complaint (Doc. No. 576) is **GRANTED**. TREV Management II LLC is **DISMISSED WITH PREJUDICE** from the Student Complaint.

For the reasons in the Memorandum Opinion, (Doc. No. 687) the Motion to Dismiss LRO Claims for Failure to State a Claim (Doc. No. 580) is **DENIED**.

For the reasons in the Memorandum Opinion, (Doc. No. 688) Certain Defendants' Motion to Dismiss for Failure to Plead Agency Liability (Doc. No. 581) is **DENIED.**

For the reasons in the Memorandum Opinion, (Doc. No. 690) Defendants' Motions to Dismiss Student Plaintiffs' First Amended Consolidated Class Action Complaint (Doc. No. 587)

is **GRANTED.** Defendants' Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. No. 592) is **DENIED.**

For the reasons in the Memorandum Opinion, (Doc. No. 689) Defendants' Motion to Enforce Class Action Waivers (Doc. No. 590) is **GRANTED IN PART** and **DENIED IN PART.** The motion is **GRANTED** as to the class action waiver of Selena Vincin and her class action claims are **DISMISSED WITHOUT PREJUDICE.** The motion is **DENIED** as to the class action waivers for Brandon Watters and Jeffrey Weaver. The motion is **GRANTED IN PART** and **DENIED IN PART** as to the class action waivers for Joshua Kabisch and Meghan Cherry.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR
CHIEF UNITED STATES DISTRICT JUDGE